**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

ALPHONZO LAMONT SMITH,

Petitioner,

v.

JOSEPH WALTERS,[1] *Director of the Virginia Department of Corrections,*

Respondents.

Case No. 2:26-cv-68

# ORDER

Alphonzo Lamont Smith filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging his 2022 Virginia convictions for murder, use of a firearm in the commission of a felony, and robbery, based on alleged ineffective assistance of counsel. ECF No. 1. Before the Court is an unopposed Report and Recommendation, in which the Honorable Douglas E. Miller, United States Magistrate Judge, concluded that the petition should be denied and dismissed with prejudice. ECF No. 24.

Judge Miller advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 24 at 9 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*,

---

[1] Joseph Waleters became Director of the Virginia Department of Corrections on January 17, 2026, so he was "automatically substituted as a party." Fed. R. Civ. P. 25(d). The Clerk is **DIRECTED** to update the docket to reflect this change.

474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the Report and Recommendation.

In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Miller's findings and recommendations and found no clear error. Accordingly, the Report and Recommendation (ECF No. 24) is **ADOPTED.**

Petitioner Alphonzo Lamont Smith's petition for a writ of habeas corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

A certificate of appealability is **DENIED**.[2]

---

[2] "An appeal may not be taken from the final order in a § 2255 proceeding unless a judge issues a certificate of appealability ("COA")." *United States v. Day*, No. 3:07-cr-154, 2018 WL 4714778, at *2 (E.D. Va. Oct. 1, 2018) (citing 28 U.S.C. § 2253(c)(1)(B)); *see* R. Gov. § 2255 Proc. in U.S. Dist. Cts. 11(a). A "COA will not issue unless a prisoner makes a substantial showing of the denial of a constitutional right." *Day*, 2018 WL 4714778, at *2 (quotation marks omitted); 28 U.S.C. § 2253(c)(1)(B). Such a showing turns on whether "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quotation marks omitted).

The Court finds that the petitioner has not met this standard.

Because the Court declines to issue a certificate of appealability, the petitioner must request a certificate of appealability from the Circuit Court if he wishes to file an

The Clerk is **DIRECTED** to send a copy of this Order to the petitioner.

**IT IS SO ORDERED**.

/s/ JKW

Jamar K. Walker
United States District Judge

Norfolk, Virginia
August 24, 2026

appeal. 28 U.S.C. § 2253; Fed. R. App. P. 22(b). To do so, the petitioner must file a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days of the date of this Order. A written notice of appeal is a short statement declaring a desire to appeal and noting the date of the Order petitioner wants to appeal. The petitioner does not need to explain the grounds for appeal until the Circuit Court directs him to do so.